UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA JIMENEZ-LOPEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>BUREAU OF PRISONS,<br><br>　　　　Respondent. | Case No. 22-cv-06238-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE IN FORMA PAUPERIS APPLICATION OR PAY FILING FEE** |

　　　　Petitioner commenced this action on or about October 20, 2022, by filing a petition for a writ of habeas corpus. Dkt. No. 1. In the petition, Petitioner informed the Court that she had filled out a BP-199 and that the prison would be sending the $5.00 filing fee. Dkt. No. 1-1 at 1. That same day, the Clerk informed Plaintiff that the action was deficient because she had not filed an *in forma pauperis* application or paid the filing fee. Dkt. No. 2. The Court instructed Plaintiff to correct these deficiencies by November 19, 2022, or the action would be dismissed. *Id.*

　　　　The deadline to file an *in forma pauperis* application or pay the filing fee has passed. Plaintiff has neither paid the filing fee nor filed the required documents. In the interest of justice, the Court *sua sponte* grants Petitioner an extension of time to January 20, 2022, to either pay the filing fee or file an *in forma pauperis* application. Failure to comply with the deadline in this order will result in this action being dismissed without prejudice. The Clerk shall send Petitioner a copy of the Court's *in forma pauperis* application form and a postage-paid return envelope.

　　　　**IT IS SO ORDERED.**

Dated: 12/22/2022

　　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge