UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA JIMENEZ-LOPEZ,<br>　　　　Petitioner,<br>　　v.<br>BUREAU OF PRISONS,<br>　　　　Respondent. | Case No. 22-cv-06238-HSG<br><br>**ORDER OF DISMISSAL** |

On or about October 20, 2022, Plaintiff filed this *pro se* petition for a writ of habeas corpus. Dkt. No. 1. That same day, the Clerk of the Court informed Plaintiff that this action was deficient because Plaintiff had not paid the filing fee or filed an application to proceed *in forma pauperis*. Dkt. No. 2. On December 22, 2022, the Court *sua sponte* granted Plaintiff an additional extension of time to January 19, 2023 to either pay the filing fee or file an application to proceed *in forma pauperis*. Dkt. No. 6. The deadline has passed, and Plaintiff has neither paid the filing fee nor filed an application to proceed *in forma pauperis*, or otherwise communicated with the Court. The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, Plaintiff may move to reopen the action. Any such motion must be accompanied by either the filing fee or an *in forma pauperis* application on the proper form with the required supporting documents. The Clerk shall enter judgment in favor of Respondent and close the file.

**IT IS SO ORDERED.**

Dated:  1/27/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge